FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 29 PM 4: 43

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANUAR SOTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 304-166 |
| | ) | |
| SUSANNA MONTFORD and | ) | |
| FNU ROY, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss is **GRANTED**, this case shall be **DISMISSED** without prejudice, and this case shall be **CLOSED**.

SO ORDERED this 29th day of January, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE